UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| SECURADYNE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 2:13-cv-387-DBH |
| | ) | |
| PETER GREEN, et al., | ) | |
| | ) | |
| Defendants | ) | |

## PROCEDURAL ORDER OF DISCLOSURE

My spouse runs a management consulting business corporation of which she is a 50% shareholder. About a dozen years ago in that capacity she consulted with Attorney Dench on a state government contract dispute here in Maine, and he and his firm represented the corporation in administrative proceedings. About ten years ago she consulted with a different member of his firm (recommended by Attorney Dench) on an employee relations issue regarding an employee here in Maine. To my knowledge, she has not had other professional relationships with Attorney Dench and his firm since then. The corporation of which she is a 50% shareholder is a New York corporation (it has offices in several states) and has a New York law firm as its regular counsel. I do not believe that these facts require my recusal in this matter, but I disclose them so that the record is clear.

So Ordered.

Dated this 21st day of March, 2014

/s/D. Brock Hornby
**D. Brock Hornby**
**United States District Judge**